# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1735
Lower Tribunal No. F07-31687
_____

**Oscar R. Evans,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Oscar R. Evans, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

BOKOR, J.

Oscar R. Evans challenges an order denying his motion to correct an illegal sentence. Specifically, Mr. Evans seeks credit in the underlying sentence for 1,116 days of time served. However, the record reflects that the trial court clearly explained, and Mr. Evans acknowledged, that he would receive the credit for time served in a separate probation violation case, and not the instant case. Since Mr. Evans was properly credited for time served in this case, the trial court properly denied Mr. Evan's motion. Martinez v. State, 211 So. 3d 989, 991 (Fla. 2017) (explaining that sentencing errors that can be corrected under rule 3.800(a) must be apparent from face of original record).

Affirmed.